NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUAN CARLOS CRUZ,                        )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D17-4130
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Michael Ufferman of Michael Ufferman Law
Firm, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


              Affirmed.


KHOUZAM and BADALAMENTI, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.